UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARPET & TILE BY THE MILE, LLC, DENISE VAN HISE and TREVOR VAN HISE, individually and as the representatives of a class of similarly-situated persons, </br></br>　　　　　　Plaintiffs,</br></br>　v.</br></br>HOMEADVISOR, INC.,</br></br>　　　　　　Defendant. | )</br>)</br>)</br>)</br>)</br>) Civil Action No. 3:20-cv-00617-JCH</br>)</br>) Hon. Janet C. Hall</br>)</br>)</br>)</br>)</br>) |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiffs, Denise Van Hise, Trevor Van Hise and Carpet & Tile by the Mile, LLC, and Defendant, HomeAdvisor, Inc., hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims, class allegations without prejudice, each side to bear its own costs and attorney fees.

Dated: February 25, 2021.

PLAINTIFF:

/s/ *Ryan M. Kelly*
Ryan M. Kelly (ct30230)
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008
Telephone:  847/368-1500
Fax:  847/368-1501
rkelly@andersonwanca.com

DEFENDANT:

/s/ *Brent R. Owen*
Brent R. Owen (*pro hac vice*)
SQUIRE PATTON BOGS (US) LLP
1801 California Street, Suite 4900
Denver, CO  80202
Telephone:  303-80-177
brent.owen@squirepb.com

Amy Brown Doolittle (*pro hac vice*)
SQUIRE PATTON BOGS (US) LLP
2550 M Street NW
Washington, DC  20037
Telephone:  202-457-6000
amy.doolittle@squirepb.com

Eric John Troutman (*pro hac vice*)
SQUIRE PATTON BOGS (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, CA 90071
Telephone: 213-624-2500
eric.troutman@squirepb.com

Mark S. Gregory (ct01252)
MARTIN LLP
333 Ludlow Street, south Tower, 8th Floor
Samford, CT 06902
Telephone: 203-973-5210
mgregory@martinllp.net

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

<em>s/ Brent R. Owen</em>